UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL S. BECKER and<br>LORRAINE BECKER,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and<br>PHILLIP BECKER,<br><br>    Defendants. | No.: 1:20-CV-281-TAV-CHS |

## ORDER

For the reasons explained in the memorandum opinion entered contemporaneously with this order, the Court finds that defendant's objections to the R&R [Doc. 29] are without merit. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 28]. Thus, the Court finds that remand is proper and therefore plaintiffs' motion to remand [Doc. 11] is hereby **GRANTED**. However, plaintiffs' request for attorneys' fees and costs is **DENIED**. This case is **REMANDED** to the Circuit Court for Hamilton County, Tennessee for further proceedings. There being no remaining claims before the Court, the Clerk of Court is **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE